Case 5:20-cv-00232   Document 22   Filed on 09/03/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 03, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-232 |
| § | |
| NATIONAL RETAIL PROPERTIES, LP, § | |
| § | |
| Defendant. § | |

## ORDER

On September 1, 2021, Plaintiff Josh Limas and Defendant National Retail Properties, LP, filed a "Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 21). The stipulation (Dkt. 21), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 3rd day of September, 2021.

_____
Diana Saldaña
United States District Judge